James U. McKay, Respondent, v. Syracuse Rapid Transit Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Lawrence F. Dalton, a Minor, etc., Appellant, v. F. Edwin Parker, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Albert Barber, Appellant, v. W. A. Case & Son Manufacturing Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Nicholas Dedunak, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment and order reversed, with costs, and verdict of jury reinstated, with costs. Held, that this case is within the principle of *Harrington* v. *Erie R. R. Co.* (79 App. Div. 26). All concurred.

Frank B. Townsend, Respondent, v. Ezekiel C. Perry and Others, Appellants.— Order modified by striking out the ten dollars costs allowed to respondent and as so modified affirmed, without costs of this appeal to either party. All concurred, except Lambert, J., who dissented and voted for reversal.

Alfred Schmitt, Respondent, v. Pennsylvania Railroad Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, 1. That the so-called " Safety Appliance Act," requiring eighty-five per cent of the cars in a train to be equipped with air brakes, has no application to a switching operation such as is disclosed by the evidence in this case, and that the submission to the jury of that issue was error. (*United States* v. *Erie R. R. Co.*, 237 U. S. 402.) 2. That at the time of the accident the defendant was engaged in interstate commerce. 3. That upon the issue of the negligence of the defendant, the verdict is against the weight of the evidence. All concurred.

Anna E. Mackender, Respondent, v. City of Lockport, Appellant.— Judgment and order affirmed, with costs. All concurred.

Anthony Kozlowski, Respondent, v. St. Hedwig's Roman Catholic Church of Dunkirk, N. Y., Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within twenty days, stipulate to reduce the verdict to the sum of $1,080 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. Held, that the claim being unliquidated, the plaintiff was not entitled to recover interest. All concurred.

Lillian Clark, Respondent, v. Horton D. Clark, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

James Ashley, Respondent, v. National Hotel Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appel-